IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RAUL PRIETO-CRUZ, | ) | CASE NO. 4:23-CV-01217 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| vs. | ) | |
| | ) | |
| FERNANDO GARZA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **JUDGMENT ENTRY** |

For the reasons described in the contemporaneously filed Memorandum Opinion and Order, Defendants' motions to dismiss (ECF Nos. 19, 20 & 21) are **GRANTED**.  This action is therefore **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Date: September 30, 2025

*s/Charles E. Fleming*
**CHARLES E. FLEMING**
**U.S. DISTRICT COURT JUDGE**

1